UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR MANUEL PEREZ PEREZ,<br><br>      Plaintiff,<br><br>-against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br><br>      Defendant. | 25cv5553 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 10, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: October 16, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge